# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146929

JOHN C. BUCHANAN, SR.,
        Plaintiff-Appellee,

v

                                 SC:  146929
                                 COA:  313845
                                 Kent Cir Ct:  11-001772-NZ

KENNETH G. WALTERS,
        Defendant-Appellant.

_____/

       On order of the Court, it appearing that proceedings in this case are stayed by the filing of a petition in bankruptcy (*In re: Kenneth G. Walters*, United States Bankruptcy Court for the Western District of Michigan, Case No. 13-002995), the case is administratively CLOSED without prejudice and without decision on the merits. Once the stay is no longer in effect, this case may be reopened on the motion of any party filed within 42 days after the date of the order removing the stay.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2013                            _____

jam                                       Clerk